# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| | Plaintiff, | ) |
| vs. | | ) Case No. 10-00162-21-CR-W-FJG |
| Dorothea L. Cain, | | ) |
| | Defendant. | ) |

## ORDER

Pending before the Court is the issue of defendant's mental competency. On September 29, 2010, defendant filed a motion for mental examination and medical treatment (Doc. #217) which was granted by Chief United States Magistrate Judge Robert E. Larsen (Doc. #218, October 5, 2010). Judge Larsen held a hearing regarding defendant's mental competency on December 16, 2010, at which time the parties stipulated to the forensic evaluation (Doc. #244, November 30, 2010) by Leslie Powers, Ph.D.

Chief Magistrate Judge Larsen issued a report and recommendation (Doc. #248, December 17, 2010), finding defendant competent to stand trial and to assist in her own defense. No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is competent to understand the nature and consequences of the proceedings against her and to properly assist in her own defense, and that she is competent to stand trial.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: 01/07/11
Kansas City, Missouri